COPY

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

**CLAIRE E WEBB**
    **PLAINTIFF**

        Use below number on
        all future pleadings

   -- vs --

    No.  A 1904914
        SUMMONS

**MATTHEW A EHLMAN**
    **DEFENDANT**

   THORNTON TRANSPORTATION LLC
   CO CORPORATION SERVICE COMPANY     D - 2
   50 WEEST BROAD ST STE 1330
   COLUMBUS OH 43215

You are notified
that you have been named Defendant(s) in a complaint filed by

   CLAIRE E WEBB
   6462 HUGHES GLEN COURT
   LIBERTY TOWNSHIP OH 45011

        Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET ROOM 315, CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney
JOSEPH T MORDINO
1 WEST FOURTH ST
SUITE 2050
CINCINNATI    OH    45202

AFTAB PUREVAL
Clerk, Court of Common Pleas
   Hamilton County, Ohio

By  <u>RICK HOFMANN</u>
        Deputy

Date:  October 17, 2019

D126940990



# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

ELECTRONICALLY FILED
October 15, 2019 03:37 PM
AFTAB PUREVAL
Clerk of Courts
Hamilton County, Ohio
CONFIRMATION 887727

| | |
|---|---|
| **CLAIRE E WEBB** | **A 1904914** |
| vs. | |
| **MATTHEW A EHLMAN** | |

**FILING TYPE: INITIAL FILING (OUT OF COUNTY) WITH NO JURY DEMAND**

**PAGES FILED: 6**

EFR200

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| CLAIRE E. WEBB<br>6462 Hughes Glen Court<br>Liberty Township, Ohio 45011 | :<br><br>: | CASE NO.<br><br>JUDGE |
| -vs- | : | **COMPLAINT** |
| MATTHEW A. EHLMAN<br>4 E. Boesch Drive<br>Alexandria, Kentucky 41001 | :<br><br>: | |
| Please also serve:<br>Matthew A. Ehlman<br>8717 Preakness Drive<br>Florence, Kentucky 41042 | :<br><br>:<br><br>: | |
| and | : | |
| THORNTON TRANSPORTATION, LLC<br>2600 James Thornton Way<br>Louisville, Kentucky 40245 | :<br><br>: | |
| Please also serve:<br>Thornton Transportation, LLC<br>c/o Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, Ohio 43215 | :<br><br>:<br><br>: | |
| and | : | |
| UNITED HEALTHCARE<br>P.O. Box 740801<br>Atlanta, GA 30374-0801 | :<br><br>: | |
| Please also serve:<br>CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 | :<br><br>:<br><br>: | |
| and | : | |
| METLIFE AUTO & HOME<br>P.O. Box 6040<br>Scranton, PA 18505-6040 | :<br><br>: | |

```
             and                         :

JOHN DOE                                 :
Name and Address unknown
                                         :
             Defendants
```

\* \* \* \* \* \* \*

## FIRST CAUSE OF ACTION

1. On or about October 23, 2017, Plaintiff, Claire E. Webb, was operating a 2010 Honda CR-V northbound on Interstate 75, Cincinnati, Hamilton County, Ohio.

2. At the same time and place, Defendant, Matthew A. Ehlman ("Ehlman"), a resident of Alexandria, Campbell County, Kentucky, was also traveling on northbound on Interstate 75, Cincinnati, Hamilton County, Ohio, operating a tractor-trailer weighing more than 26,000 lbs., when he failed to maintain assured clear distance ahead and collided with the vehicle Plaintiff was operating. After being rear-ended by the tractor-trailer being driven by Ehlman, Plaintiff's vehicle was propelled forward into the car travelling in front of her, causing a second impact.

3. As a direct and proximate result of the negligence of Ehlman, Plaintiff suffered severe injuries to her body including but not limited to her head, neck, and back; has suffered severe and permanent injuries; has experienced severe pain and suffering and will continue to experience same in the future; has incurred medical expenses and will continue to incur further medical expenses in the future; has sustained a loss of the enjoyment of life; and has lost tuition and other educational expenses.

## SECOND CAUSE OF ACTION

4. Plaintiffs hereby incorporates paragraphs one through three of the Complaint as if fully rewritten herein.

5. Defendant Ehlman's conduct constitutes negligence per se because it violated §4511.21(A) of the Ohio Revised Code.

6. As a direct and proximate result of the negligence of Defendant Ehlman, Plaintiff was injured. She suffered severe injuries to her body including but not limited to her head, neck, and back; has suffered severe and permanent injuries; has experienced severe pain and suffering and will continue to experience same in the future; has incurred medical expenses and will continue to incur further medical expenses in the future; and has sustained a loss of the enjoyment of life; and has lost tuition and other educational expenses.

### THIRD CAUSE OF ACTION

7. Plaintiffs hereby incorporates paragraphs one through six of the Complaint as if fully rewritten herein.

8. Upon information and belief, United Healthcare ("UHC") is licensed and conducting business in the State of Ohio, and was the health insurance carrier for Plaintiffs.

9. UHC may claim interest in this action by virtue of subrogation interest and/or right of reimbursement for benefits paid on behalf of Plaintiffs.

10. UHC should plead its claims in this action or forever be barred from pursuing them.

### FOURTH CAUSE OF ACTION

11. Plaintiffs hereby incorporate paragraphs one through ten of the Complaint as if fully rewritten herein.

12. Defendant, MetLife Insurance Company ("MetLife") is a casualty insurance company licensed and conducting business in the State of Ohio.

13. Plaintiffs and MetLife entered into a contract of policy of insurance for which Plaintiffs paid premiums in exchange for MetLife's agreement to pay money pursuant to the Uninsured/Underinsured Motorists Benefits provision set forth in said contract. The policy is not attached as it is in the possession of MetLife.

14. Said contract was in effect on October 23, 2017, when the motor vehicle collision set forth in First Cause of Action of this Complaint occurred.

15. At the time of said collision, Defendant Ehlman was effectively an uninsured/underinsured motorist.

16. As the direct, proximate and foreseeable result of the negligence of Defendant Ehlman, Plaintiffs may be entitled to uninsured/underinsured motorist benefits pursuant to the terms of their policy of insurance with MetLife.

17. Defendant MetLife is obligated pursuant to said policy of insurance to pay Plaintiffs' claims for damages arising from the collision caused by the negligence of an uninsured/underinsured motorist.

18. Pursuant to the above-specified insurance policy, Plaintiffs are entitled to recovery from Defendant MetLife in the amount of the uninsured/underinsured motorist coverage limits set forth in the above-specified insurance policy.

## **FIFTH CAUSE OF ACTION**

19. Plaintiffs incorporate the allegations contained in paragraphs one through eighteen as if fully rewritten herein.

20. Defendant MetLife may have paid medical payments benefits to or on behalf of Plaintiff under its insurance policy and may claim a subrogation interest or right of reimbursement.

21. To the extent that Defendant MetLife claims a subrogation interest or right of reimbursement, Defendant MetLife should plead its claim or forever be barred from pursing it.

## SIXTH CAUSE OF ACTION

22. Plaintiff hereby incorporates paragraphs one through twenty-one of Complaint as if fully rewritten herein.

23. Defendant, Thornton Transportation, LLC ("Thornton"), is a foreign limited liability company conducting business in the State of Ohio.

23. Defendants, Thornton and/or John Doe, whose names could not be ascertained at the time of filing this Complaint, was the employer or principal of, or joint venturer with Defendant, Ehlman, on about October 23, 2017.

24. Defendants, Thornton and John Doe, are liable for the negligence of Defendant Ehlman and all resulting damages under the doctrine of respondeat superior.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, Matthew A. Ehlman, Thornton Transportation, LLC, MetLife, and John Doe in excess of $25,000.00, joint and severally, together with interest, attorney fees, costs and any other relief to which they may be entitled; and further, that Defendants, MetLife and United Healthcare, be required to plead their claims or forever be barred.

                Respectfully submitted,

                /s/ Joseph T. Mordino
                JOSEPH T. MORDINO, #0065001
                CHRISTINE C. STEELE, #0055288
                Attorneys for Plaintiff
                FAULKNER & TEPE, LLP
                1 West Fourth Street, Suite 2050
                Cincinnati, Ohio 45202
                Phone: (513) 421-7500
                jmordino@faulkner-tepe.com
                csteele@faulkner-tepe.com

**PRAECIPE TO THE CLERK:**

Please serve the Complaint upon the named Defendants via certified mail U.S. Mail, return receipt requested.

/s/ Joseph T. Mordino
JOSEPH T. MORDINO

**AFTAB PUREVAL**
1000 MAIN STREET   ROOM 315
CINCINNATI  OH 45202
COMMON PLEAS CIVIL
A 1904914  D 2

# CERTIFIED MAIL

FIRST-CLASS MAIL

neopost
10/17/2019
IS POSTAGE $006.25

ZIP 45202
041L12203305



7194 5168 6310 0904 5621

10/17/2019  SUMMONS & COMPLAINT
THORNTON TRANSPORTATION LLC
CO CORPORATION SERVICE COMPANY
50 WEEST BROAD ST STE 1330
COLUMBUS OH 43215